RBH:USAO#2008R00013

FILED
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2013 JAN 17 P 4: 58

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** RDB-13-024 |
| **v.** | : |
| **KYLE STEVENS,** | : **(Possession of a Firearm in Furtherance** |
| **a/k/a Cappo** | : **of a Drug Conspiracy, 18 U.S.C. § 924(c),** |
| | : **(j); Conspiracy to Distribute and Possess** |
| **Defendant** | : **with Intent to Distribute Heroin, Cocaine,** |
| | : **Crack Cocaine and Oxycodone 21 U.S.C.** |
| | : **§ 846; Aiding and Abetting, 18 U.S.C. § 2;** |
| | : **Criminal Forfeiture 21 U.S.C. § 853)** |

.oOo.

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about, January 24, 2006,in the State and District of Maryland,

### KYLE STEVENS,

### a/k/a Cappo

the defendant herein, did knowingly possess and discharge a firearm, a .45 caliber Colt Model

1911 semiautomatic,  in furtherance of a drug trafficking crime for which the defendant may be

prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent

to distribute controlled substances, in violation of 21 U.S.C. § 846, as set forth in Count Three of

this Indictment, and caused the death of a person through the use of said firearm, a killing that

was a murder as defined in Title 18, United States Code, Section 1111, in that the defendant

murdered a human being, James Wright, a/k/a Ronnie Mo, willfully, deliberately, maliciously

and with premeditation.

18 U.S.C. § 924(c), (j)
18 U.S.C. § 1111
18 U.S.C. § 2

## COUNT TWO

And the Grand Jury for the District of Maryland further charges that: On or about

September 21, 2007, in the State and District of Maryland,

**KYLE STEVENS,**
**a/k/a Cappo,**

the defendant herein, did knowingly possess and discharge a firearm, a .380 caliber

semiautomatic, in furtherance of a drug trafficking crime for which the defendant may be

prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent

to distribute controlled substances, in violation of 21 U.S.C. § 846, as set forth in Count Three of

this Indictment, and caused the death of a person through the use of said firearm, a killing that

was a murder as defined in Title 18, United States Code, Section 1111, in that the defendant

murdered a human being, Keith Ray, a/k/a Keithy, willfully, deliberately, maliciously and with

premeditation.


18 U.S.C. § 924(c), (j)
18 U.S.C. § 1111
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland charges that:

From in or about 2005, to on or about the date of this Indictment, in the State and District of

Maryland and elsewhere, the defendant,

### KYLE STEVENS,
### a/k/a Cappo,

did knowingly and willfully combine, conspire, confederate, and agree with others known and

unknown to the Grand Jury, to knowingly, intentionally, and unlawfully distribute and possess

with intent to distribute a quantity of a mixture or substance containing heroin, a Schedule I

controlled substance, a quantity of a mixture or substance containing cocaine, a Schedule II

controlled substance, 280 grams or more of a quantity of a mixture or substance containing

cocaine base, or "crack," a Schedule II controlled substance, and a quantity of a mixture or

substance containing oxycodone, a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1).

21 U.S.C. § 846

*Rod J. Rosenstein*
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 1/17/2013

-4-